Henry Kloppenberg and Charles Meinken. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in the charge appearing at folios 107 and 113 of the record, respectively.

SAITTA, Appellant, v. ANCHOR LINE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Philip W. Saitta against the Anchor Line and others. L. Levy, of New York City, for appellant. A. Cameron, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SANDS v. GILLERAN et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Daniel C. Sands against Thomas Gilleran and others. No opinion. Order affirmed, with $10 costs and disbursements.

SANTELLI v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Giuseppe Santelli against the Illinois Surety Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. Rep. 600, 139 N. Y. Supp. 656.

In re SAUNDERS et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) In the matter of the appraisement, etc., of the property of Ervin Saunders, deceased, wherein the Westchester County Society for the Prevention of Cruelty to Children and another appeal. No opinion. Order (77 Misc. Rep. 54, 137 N. Y. Supp. 438) of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements.

SCHLAPPENDORF, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Harry C. Schlappendorf against the American Railway Traffic Company. No opinion. Motion to resettle order granted. See, also, 141 N. Y. Supp. 1145.

SCHLAPPENDORF, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Harry C. Schlappendorf against the American Railway Traffic Company. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. See, also, 141 N. Y. Supp. 486, 1145.

SCHMEISER, Respondent, v. SCHMEISER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Wilhelmina Schmeiser against Charles Schmeiser and others. No opinion. Judgment affirmed, with costs. See, also, 145 App. Div. 945, 130 N. Y. Supp. 1130.

SCHMITT, Appellant, v. SCHMITT et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Lillian Schmitt against Andrew Schmitt, Jr., and others. No opinion. Motion denied, on condition that the appellant place the case upon the June calendar and be ready for argument when reached; otherwise, motion granted, with costs.

SCHUBERT v. ARNOLD et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by John Schubert against Sigfried Arnold and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1144.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley.

PER CURIAM. Order affirmed on reargument (of 154 App. Div. 942, 139 N. Y. Supp. 743), with $10 costs and disbursements. See, also, 140 N. Y. Supp. 1144. Appeal to Court of Appeals denied, 141 N. Y. Supp. 1145.

THOMAS and CARR, JJ., dissent.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1145) denied.

SEAMAN, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie E. Seaman, as administratrix, etc., of Alanson H. Seaman, deceased, against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEBUKATY, Respondent, v. TARTAR CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Mathias Joseph Sebukaty against the Tartar Chemical Company. No opinion. Judgment and order unanimously affirmed, with costs.

SECURITY BANK OF NEW YORK v. FINKELSTEIN. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by the Security Bank of New York against Herman Finkelstein. No opinion. Application granted. Order signed. See, also, 76 Misc. Rep. 461, 135 N. Y. Supp. 640.

SEROBEI v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Dominick Serobei against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal granted, with costs.